UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

DATE: 12/6/18     Time in Court: 25 minutes

JUDGE: SAUNDRA BROWN ARMSTRONG     Court Reporter: (unreported)

Courtroom Deputy: Doug Merry

CASE NO.     18-00806 SBA

TITLE:     FTC v. American Financial Benefits Center, et al.,

| COUNSEL FOR PLAINTIFF: | COUNSEL FOR DEFENDANT: |
|---|---|
| Sarah Schroeder | Nicole Healy |
| Roberta Tonelli | James Vorhis |

PROCEEDINGS:    Telephonic Case Management Conference

RESULTS:

| Deadline to Amend Pleadings | 12/6/18 |
|---|---|
| Close of Fact Discovery | 9/20/19 |
| Expert Disclosure and Reports | 11/1/19 |
| Rebuttal Expert Designation | 1/17/20 |
| Close of Expert Discovery | 2/21/20 |
| Law and Motion Cut Off | 4/8/20 |
| Court Trial (10-12 days) | 7/27/20 |
| Pretrial Conference | 7/8/20 |
|  |  |
| Pretrial Preparation Due | 5/6/20 |
| MILS/Objections to Evidence | 5/20/20 |
| Responses to MILS/Objections to Evidence | 5/27/20 |
| Replies | 6/3/20 |
|  |  |
| Final MSC | 4/13/20-5/1/20 |
|  |  |

OTHER:

Depositions limited to 12 per side.

Matter re-referred to Magistrate Judge Laurel Beeler for a further mandatory settlement conference to take place within the next 60 days, subject to a reasonable extension at the discretion of Judge Beeler.

cc: Mag. Judge Ref. Clerk