Sanjay Bhandari (SBN 181920)
McNamara Smith LLP
655 West Broadway, Suite 1600
San Diego, California 92101
Telephone: 619-269-0400
Facsimile: 619-269-0401
Email: sbhandari@mcnamarallp.com

*Attorneys for Court-appointed Receiver,
Thomas W. McNamara*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 4:18-cv-00806-SBA |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE: OSC BRIEFING SCHEDULE** |
| vs. | JUDGE: Hon. Jacqueline Scott Corley |
| AMERICAN FINANCIAL BENEFITS CENTER, a corporation, also d/b/a AFB and AF STUDENT SERVICES; AMERITECH FINANCIAL, a corporation; FINANCIAL EDUCATION BENEFITS CENTER, a corporation; and BRANDON DEMOND FRERE, individually and as an officer of AMERICAN FINANCIAL BENEFITS CENTER, AMERITECH FINANCIAL, and FINANCIAL EDUCATION BENEFITS CENTER, | |
| Defendants. | |

On December 7, 2018, the Court issued an *Order to Show Cause Why Defendant Brandon Frere Should Not Be Held in Civil Contempt and Request for Briefing Schedule* (ECF 194). The Court asked the parties to submit an agreed briefing schedule by December 12, and set a status hearing on December 13 to resolve any briefing schedule dispute. ECF 194 at 3. Having agreed on a proposed schedule, the parties recommend that the Court vacate the December 13 status hearing and enter the following briefing schedule: briefing for Defendant Frere to be filed on or before December 14; responsive briefing to be filed on or before December 18.

Dated: December 11, 2018　　　　　　　MCNAMARA SMITH LLP[1]

By: /s/ Sanjay Bhandari
　　　Attorneys for Court-appointed Receiver,
　　　Thomas W. McNamara

Dated: December 11, 2018　　　　　　　ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ Nicole S. Healy
　　　Attorneys for Defendants
　　　American Financial Benefits Center,
　　　Ameritech Financial, Financial Education
　　　Benefits Center, and Brandon D. Frere

## [PROPOSED] ORDER

Pursuant to stipulation, the briefing schedule on the *Order to Show Cause Why Defendant Brandon Frere Should Not Be Held in Civil Contempt and Request for Briefing Schedule* (ECF 194) is hereby set as follows: briefing for Defendant Frere to be filed on or before December 14, 2018; responsive briefing to be filed on or before December 18, 2018. The December 13, 2018, 1:30 p.m. status hearing is hereby vacated.

**IT IS SO ORDERED.**

Dated: December ___, 2018　　　　　By:
　　　　　　　　　　　　　　　　　U.S. Magistrate Judge Jacqueline Scott Corley

---

[1] Pursuant to Civ. L.R. 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from every other signatory listed.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of December, 2018, the foregoing document (**STIPULATION AND [PROPOSED] ORDER RE OSC BRIEFING SCHEDULE**) was electronically transmitted to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ Sanjay Bhandari
Sanjay Bhandari