TODD A. ROBERTS (SBN 129722)
todd.roberts@rmkb.com
NICOLE S. HEALY (SBN 157417)
nicole.healy@rmkb.com
EDWIN B. BARNES (SBN 295454)
edwin.barnes@rmkb.com
ROPERS, MAJESKI, KOHN
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701

NOSSAMAN LLP
JAMES H. VORHIS (SBN 245034)
jvorhis@nossaman.com
JILL N. JAFFE (SBN 286625)
jjaffe@nossaman.com
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone:    (415) 398-3600
Facsimile:    (415) 398-2438

Attorneys for Defendants
AMERICAN FINANCIAL BENEFITS CENTER,
AMERITECH FINANCIAL, FINANCIAL EDUCATION
BENEFITS CENTER, and BRANDON DEMOND FRERE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                    Plaintiff,<br><br>       v.<br><br>AMERICAN FINANCIAL BENEFITS CENTER, a corporation, also d/b/a AFB and AF STUDENT SERVICES; et al.,<br><br>                    Defendants. | Case No.  18-cv-00806-SBA<br><br>**DEFENDANTS' REPORT TO MAGISTRATE JUDGE LAUREL BEELER REGARDING WHETHER JANUARY 10, 2019 SETTLEMENT CONFERENCE SCHEDULING CALL CAN PROCEED**<br><br>**Complaint filed February 7, 2018**<br>**Hon. Saundra Brown Armstrong** |

Pursuant to the Order issued by Magistrate Judge Laurel Beeler on January 4, 2019, Defendants hereby submit the status update requested by the Court regarding whether the settlement conference scheduling call set for Thursday, January 10, 2019 at 10:00 a.m. can proceed. Defendants' counsel has received an email from the FTC's counsel stating that they have not received authorization to attend the status call, but are generally available any time for a

settlement conference. Although the FTC's counsel has stated that they do not object to Defendants' counsel attending the status call and deciding on a settlement conference date that is convenient for Defendants and the Court, Defendants' counsel believes that it would be best to put off the settlement conference by a week or so, in the hope that the ongoing appropriations issues will be resolved and the FTC will be able to participate in the scheduling call.

Dated: January 8, 2019

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ Nicole S. Healy
    TODD A. ROBERTS
    NICOLE S. HEALY
    EDWIN B. BARNES

NOSSAMAN LLP

By: /s/ James H. Vorhis
    JAMES H. VORHIS
    JILL N. JAFFE

Attorneys for Defendants AMERICAN FINANCIAL BENEFITS CENTER, AMERITECH FINANCIAL, FINANCIAL EDUCATION BENEFITS CENTER, and BRANDON DEMOND FRERE