TODD A. ROBERTS (SBN 129722)
todd.roberts@rmkb.com
NICOLE S. HEALY (SBN 157417)
nicole.healy@rmkb.com
EDWIN B. BARNES (SBN 295454)
edwin.barnes@rmkb.com
ROPERS, MAJESKI, KOHN
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701

NOSSAMAN LLP
JAMES H. VORHIS (SBN 245034)
jvorhis@nossaman.com
JILL N. JAFFE (SBN 286625)
jjaffe@nossaman.com
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone:    (415) 398-3600
Facsimile:    (415) 398-2438

Attorneys for Defendants
AMERICAN FINANCIAL BENEFITS CENTER,
AMERITECH FINANCIAL, FINANCIAL EDUCATION
BENEFITS CENTER, and BRANDON DEMOND FRERE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN FINANCIAL BENEFITS CENTER, a corporation, also d/b/a AFB and AF STUDENT SERVICES; et al.,<br><br>Defendants. | Case No.  18-cv-00806-SBA<br><br>**[PROPOSED] ORDER GRANTING PARTIES' STIPULATION FOR A NINE MONTH STAY OF THIS ACTION AS TO DEFENDANT BRANDON FRERE**<br><br>**Judge:  Hon. Saundra Brown Armstrong**<br><br>**Complaint filed February 7, 2018** |

*Ropers Majeski Kohn & Bentley*
*A Professional Corporation*
*Redwood City*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

Having reviewed the Parties' Stipulation for a Nine Month Stay of this Action as to Defendant Brandon Frere, on the grounds that Mr. Frere may be prejudiced if both the instant civil case and the parallel criminal action now pending in this District—captioned *United States v. Frere*, Case No. 3:18-mj-71724-SK (N.D. Cal.), and arising out of the same facts and circumstances that have given rise to the instant action—were to proceed; and

After full consideration of the matter, the Court hereby ORDERS as follows:

The Parties' Stipulation is GRANTED; and this action is stayed as to Defendant Brandon Frere for nine (9) months from the date of entry of this Order or until the criminal matter is resolved, whichever occurs first.  The parties shall file a joint status report regarding Defendant Brandon Frere: a) within ten days after the resolution of the criminal matter; or b) ten days prior to the expiration of the stay, whichever occurs first.

**IT IS SO ORDERED.**

Dated: 2/4/2019

SAUNDRA BROWN ARMSTRONG
Senior United States District Judge