TODD A. ROBERTS (SBN 129722)
NICOLE S. HEALY (SBN 157417)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone:    (650) 364-8200
Facsimile:    (650) 780-1701
Email: todd.roberts@rmkb.com
       nicole.healy@rmkb.com

NOSSAMAN LLP
JAMES H. VORHIS (SBN 245034)
jvorhis@nossaman.com
JILL N. JAFFE (SBN 286625)
jjaffe@nossaman.com
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone:    (415) 398-3600
Facsimile:    (415) 398-2438

Attorneys for Defendants
AMERICAN FINANCIAL BENEFITS CENTER,
AMERITECH FINANCIAL, FINANCIAL EDUCATION
BENEFITS CENTER, and BRANDON DEMOND FRERE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 18-cv-00806-SBA |
| Plaintiff, | **PARTIES' STIPULATION AND ORDER FOR A NINE MONTH STAY OF THIS ACTION AS TO ALL PARTIES** |
| v. | |
| AMERICAN FINANCIAL BENEFITS CENTER, a corporation, also d/b/a AFB and AF STUDENT SERVICES; | **Judge: Hon. Saundra Brown Armstrong** |
| AMERITECH FINANCIAL, a corporation; | **Complaint filed February 7, 2018** |
| FINANCIAL EDUCATION BENEFITS CENTER, a corporation; and | |
| BRANDON DEMOND FRERE, individually and as an officer of AMERICAN FINANCIAL BENEFITS CENTER, AMERITECH FINANCIAL, and FINANCIAL EDUCATION BENEFITS CENTER, | |
| Defendants. | |

WHEREAS Brandon Demond Frere ("Frere") is a defendant in the instant action; and

WHEREAS the United States Attorney's Office for the Northern District of California has filed a criminal complaint against Mr. Frere arising out of the same facts and circumstances that have given rise to the instant action, in a case captioned *United States v. Frere*, Case No. 3:18-mj-71724-SK (N.D. Cal.) (the "USAO action"); and

WHEREAS, although the Corporate Defendants, American Financial Benefits Center, Ameritech Financial, and Financial Education Benefits Center, are not parties to the USAO action, both actions arise out of the same facts and circumstances; and

WHEREAS, Mr. Frere believes he may be prejudiced if both the instant civil case and the parallel criminal case were to proceed, given the differing scope of discovery between the two actions; and

WHEREAS, the Corporate Defendants American Financial Benefits Center, Ameritech Financial, and Financial Education Benefits Center, are no longer operating entities but are being managed by the Court-appointed Receiver; and

WHEREAS, the Parties' proposed stay will not modify the Receivership in this case and the Receiver's duties, responsibilities, and authority, as set forth in the Modified Preliminary Injunction entered by this Court on November 29, 2018, will remain in force;

NOW THEREFORE, Defendants Brandon Demond Frere, American Financial Benefits Center, Ameritech Financial, and Financial Education Benefits Center, and Plaintiff Federal Trade Commission hereby stipulate and agree to the entry of an Order staying the civil action against the Defendants for nine (9) months or until the conclusion of the USAO Action, whichever is first.

**SO STIPULATED**

///
///
///
///
///

| | |
|---|---|
| Dated: May 13, 2019 | ROPERS, MAJESKI, KOHN & BENTLEY |
| | /s/ Nicole S. Healy |
| | TODD A. ROBERTS<br>NICOLE S. HEALY<br>Attorneys for Defendants AMERICAN FINANCIAL BENEFITS CENTER, AMERITECH FINANCIAL, FINANCIAL EDUCATION BENEFITS CENTER, and BRANDON DEMOND FRERE |
| | /s/ James H. Vorhis |
| | JAMES H. VORHIS<br>JILL N. JAFFE<br>Attorneys for Defendants AMERICAN FINANCIAL BENEFITS CENTER, AMERITECH FINANCIAL, FINANCIAL EDUCATION BENEFITS CENTER, and BRANDON DEMOND FRERE |
| Dated: May 13, 2019 | FEDERAL TRADE COMMISSION |
| | /s/ Sarah Schroeder |
| | SARAH SCHROEDER<br>ROBERTA TONELLI<br>EVAN ROSE<br>Attorneys for Plaintiff<br>FEDERAL TRADE COMMISSION |
| Dated: May 13, 2019 | MCNAMARA SMITH LLP |
| | /s/ Edward Chang |
| | SANJAY BHANDARI<br>EDWARD CHANG<br>Attorneys for Court-appointed Receiver,<br>THOMAS W. MCNAMARA |

Pursuant to Civ. L.R. 5-l(i)(3), the filer attests that concurrence in the filing of the document has been obtained from the other signatories above.

Dated: May 13, 2019                    ROPERS, MAJESKI, KOHN & BENTLEY

                                       /s/ Nicole S. Healy

                                       TODD A. ROBERTS
                                       NICOLE S. HEALY
                                       Attorneys for Defendants AMERICAN
                                       FINANCIAL BENEFITS CENTER,
                                       AMERITECH FINANCIAL, FINANCIAL
                                       EDUCATION BENEFITS CENTER, and
                                       BRANDON DEMOND FRERE

                                              * * *

After full consideration of the matter, the Court hereby ORDERS as follows:

The Parties' Stipulation is GRANTED; and this action is stayed as to all Defendants for nine (9) months from the date of entry of this Order or until the criminal matter is resolved, whichever occurs first. The parties shall file a joint status report regarding Defendants: a) within ten days after the resolution of the criminal matter; or b) ten days prior to the expiration of the stay, whichever occurs first.

IT IS SO ORDERED

Date:  May 17, 2019

_Saundra B Armstrong_
HON. SAUNDRA BROWN ARMSTRONG