UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN FINANCIAL BENEFITS CENTER, a corporation, also d/b/a AFB and AF STUDENT SERVICES, et al.,<br><br>Defendants. | Case No: C 18-00806 SBA<br><br>Related to: C 17-4817 SBA<br><br>**ORDER RE PENDING MOTIONS**<br><br>Dkt. 169, 189 |

In light of the pending stay of the action, the Court declines to adjudicate Plaintiffs' Motion to Strike Defendants' Laches, Estoppel and Offset Affirmative Defenses (Dkt. 169) or the Receiver's Ex Parte Application Seeking Compliance with Preliminary Injunction And Order To Show Cause As To Why Defendant Brandon Frere Should Not Be Held In Civil Contempt (Dkt. 189) at this juncture. In accordance with the stay, the Clerk shall terminate the pending motions without prejudice.

The stay order directs the parties to file a joint status report regarding Defendants: (a) within ten days after the resolution of the criminal matter; or (b) ten days prior to the expiration of the stay, whichever occurs first. Dkt. 226. In said status report, the parties shall indicate whether they desire the Court to proceed with adjudicating the aforementioned motions.

IT IS SO ORDERED.

Dated: 9/17/19

SAUNDRA BROWN ARMSTRONG
Senior United States District Judge