TODD A. ROBERTS (SBN 129722)
todd.roberts@rmkb.com
NICOLE S. HEALY (SBN 157417)
nicole.healy@rmkb.com
EDWIN B. BARNES (SBN 295454)
edwin.barnes@rmkb.com
ROPERS, MAJESKI, KOHN
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701

Attorneys for Defendants
AMERICAN FINANCIAL BENEFITS CENTER,
AMERITECH FINANCIAL, FINANCIAL EDUCATION
BENEFITS CENTER, and BRANDON DEMOND FRERE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN FINANCIAL BENEFITS CENTER, a corporation, also d/b/a AFB and AF STUDENT SERVICES; et al.,<br><br>Defendants. | Case No.  18-cv-00806-SBA<br><br>**PARTIES' JOINT STATUS REPORT**<br><br>**Complaint filed February 7, 2018**<br>**Hon. Saundra Brown Armstrong** |

Pursuant to Orders issued by this Court (*see* ECF Nos. 214, 226), the Parties hereby submit this Joint Status Report.

On December 20, 2019, Defendant Brandon Frere entered a plea of guilty to one count each of wire fraud and money laundering. *See United States v. Frere*, Cr. 19-0493-SI. His sentencing is scheduled for March 27, 2020. Mr. Frere and counsel for the Federal Trade Commission have been in productive discussions regarding settlement and have reached an agreement in principle.

The Companies – American Financial Benefits Center, Ameritech Financial, and Financial Education Benefits Center – are no longer operating and their assets have been liquidated under the supervision of the Receiver in this Action, Thomas McNamara. Mr.

McNamara has submitted periodic status reports to the Court, the most recent having been submitted on January 9, 2020. ECF No. 232.

Based on the foregoing, the parties ask that the Court continue the stay in this matter until sixty (60) days after Mr. Frere has been sentenced in the parallel criminal action. This time will allow the Commission to review and vote on any proposed settlement.

Further, in response to the Court's request that the parties advise whether they wish the Court to proceed with adjudicating the following two outstanding motions (*see* ECF No. 229), the FTC asks that the Court adjudicate Plaintiffs' Motion to Strike Defendants' Laches, Estoppel and Offset Affirmative Defenses. ECF No. 169. The FTC's position is that the Motion to Strike addresses novel legal arguments, and the Court's order on these issues could be important precedent for future cases. Further, the Receiver's counsel has advised that he is not pursuing the Receiver's *Ex Parte* Application Seeking Compliance with Preliminary Injunction and Order to Show Cause as to Why Defendant Brandon Frere Should Not Be Held in Civil Contempt. ECF No. 189. Accordingly, the Receiver is not asking for the Court to adjudicate that motion. Defendants do not oppose either request.

Dated: Februrary 3, 2020

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ Nicole S. Healy
    TODD A. ROBERTS
    NICOLE S. HEALY
    EDWIN B. BARNES

Attorneys for Defendants AMERICAN FINANCIAL BENEFITS CENTER, AMERITECH FINANCIAL, FINANCIAL EDUCATION BENEFITS CENTER, and BRANDON DEMOND FRERE

Dated: February 3, 2020

FEDERAL TRADE COMMISSION

By: /s/ Sarah Schroeder
    SARAH SCHROEDER
    EVAN ROSE

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

## ECF ATTESTATION

I, Nicole S. Healy, am the ECF User whose ID and password are being used to file this PARTIES' JOINT STATUS REPORT. In compliance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from all signatories indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: February 3, 2020
/s/ Nicole S. Healy
NICOLE S. HEALY