TODD A. ROBERTS (SBN 129722)
NICOLE S. HEALY (SBN 157417)
ROPERS MAJESKI PC
1001 Marshall Street, 5th Floor
Redwood City, CA  94063
Telephone:	650.364.8200
Facsimile:	650.780.1701
Email:	todd.roberts@ropers.com
	nicole.healy@ropers.com

Attorneys for Defendants
AMERICAN FINANCIAL BENEFITS CENTER,
AMERITECH FINANCIAL, FINANCIAL
EDUCATION BENEFITS CENTER, and BRANDON
DEMOND FRERE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN FINANCIAL BENEFITS CENTER, a corporation, also d/b/a AFB and AF STUDENT SERVICES, et al.,<br><br>Defendants. | Case No. 18-cv-00806 SBA<br><br>**PARTIES' JOINT STATUS REPORT**<br><br>**Complaint filed February 7, 2018**<br>**Hon. Saundra Brown Armstrong** |

Pursuant to Orders issued by this Court (*see* ECF No. 234), the Parties hereby submit this Joint Status Report.

As the Court is aware, on December 20, 2019, Defendant Brandon Frere entered a plea of guilty to one count each of wire fraud and money laundering. *See United States v. Frere*, Cr. 19-0493-SI.  His sentencing has been delayed, including due to the COVID-19 pandemic, but is currently scheduled for July 24, 2020.  Mr. Frere and the Federal Trade Commission have been in discussions regarding settlement and have reached an agreement in principle.  They anticipate that the settlement will be finalized before Mr. Frere's sentencing hearing.

4818-7405-4337.1

1  The Companies, that is, American Financial Benefits Center, Ameritech Financial, and Financial Education Benefits Center, are no longer operating and their assets have been liquidated under the supervision of the Receiver in this Action, Thomas McNamara. Mr. McNamara has submitted periodic status reports to the Court, the most recent having been submitted on January 9, 2020. ECF No. 232.

Based on the foregoing, the parties ask that the Court continue the stay in this matter until thirty (30) days after Mr. Frere has been sentenced in the parallel criminal action.

Dated: June 29, 2020          ROPERS MAJESKI PC

By:/s/ Nicole S. Healy
TODD A. ROBERTS
NICOLE S. HEALY
Attorneys for Defendants
AMERICAN FINANCIAL BENEFITS CENTER, AMERITECH FINANCIAL, FINANCIAL EDUCATION BENEFITS CENTER, and BRANDON DEMOND FRERE

Dated: June 29, 2020          FEDERAL TRADE COMMISSION

By: */s/ Sarah Schroeder*
SARAH SCHROEDER
ROBERTA TONELLI
EVAN ROSE
Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

4818-7405-4337.1

**ECF ATTESTATION**

I, Nicole S. Healy, am the ECF User whose ID and password are being used to file this PARTIES' JOINT STATUS REPORT. In compliance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from all signatories indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: June 29, 2020

/s/ Nicole S. Healy
NICOLE S. HEALY

4818-7405-4337.1

- 3 -

JOINT STATUS REPORT
18-CV-00806 SBA